ROBERT B. McFALLS, as Administrator, etc., of ROBERT B. McFALLS,

Jr., Deceased, Respondent, v. Anne Nicholl, Appellant.— Order affirmed, with costs. No opinion. Jenks, P. J., Rich and Putnam, JJ., concur; Mills and Blackmar, JJ., dissent.